Decided May 16, 2001

## LISA BISHEL *v.* CONNECTICUT YANKEE ATOMIC POWER COMPANY, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 62 Conn. App. 537 (AC 19464), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Amy M. Stone*, in support of the petition.

*John R. Horvack, Jr.*, in opposition.

Decided May 16, 2001